No. 76–134. McMahon v. United States. C. A. D. C. Cir. Certiorari denied.

No. 76–137. Davis v. Hecht et al., Commissioners, Board of Elections of Dutchess County. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–138. Goff v. Mathews, Secretary of Health, Education, and Welfare. C. A. 2d Cir. Certiorari denied.

No. 76–163. Service Parts, Inc., et al. v. Saf-Gard Products, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 76–171. Smith et ux. v. Jaramillo, Director, Department of Alcohol Beverage Control of New Mexico. Sup. Ct. N. M. Certiorari denied.

No. 76–186. Restaurant Industries Corp. et al. v. Bylicki et al. Sup. Ct. Fla. Certiorari denied.

No. 76–207. Szima v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 76–226. Crateo, Inc. v. Intermark, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 76–241. Ocean Sands Holding Corp. v. Virginia Department of Taxation. Sup. Ct. Va. Certiorari denied.

No. 76–248. Hughes v. Dempsey-Tegeler & Co., Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 76–266. Griffin v. Zurz, Judge, et al. C. A. 6th Cir. Certiorari denied.